UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEHMET AKIN,

             Plaintiff,

- against -

ANJON OF GREENLAWN, INC., ANTON
PARISI, and JOHN PARISI,

             Defendants.
------------------------------------------------------------X

12 CV 4286 (LDW) (AKT)

STIPULATION OF DISMISSAL
WITH PREJUDICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC -3 2014 ★
LONG ISLAND OFFICE

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the parties that (i) the plaintiff's claims for overtime compensation, retaliation, and liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. section 201 *et seq.*, (ii) the plaintiff's claims for overtime compensation, spread of hours pay, retaliation, liquidated damages, and interest pursuant to the New York State Labor Law ("NYLL"), and (iii) the defendants' counterclaims are all dismissed with prejudice. It is further stipulated and agreed by and between the parties that the plaintiff's claim for attorney's fees and costs shall be decided by the Court on motion.

Dated: Westbury, New York
       November 24, 2014

Neil H. Greenberg & Associates, P.C.
By: _____
   Justin M. Reilly, Esq.
   Attorneys for the Plaintiff
   900 Merchants Concourse, Suite 314
   Westbury, New York 11590
   (516) 228-5100

Law Office of Steven Cohn, P.C.
By: _____
   Richard C. Goldberg, Esq.
   Attorneys for the Defendants
   One Old Country Road, Suite 420
   Carle Place, New York 11514
   (516) 294-6410

SO ORDERED: _____
                  U.S.D.J.
                  12/3/14